IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Located in Baltimore

**IN RE**

**Laura L. Masters**  Case No. **20-11910**
Chapter 13

**Debtor**

_____

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

COMES NOW, Nationstar Mortgage LLC dba Champion Mortgage Company of Texas, by Counsel, and for its Objection to Confirmation of the Chapter 13 Plan filed by the debtor states as follows:

1. The bank is a secured creditor of the debtor pursuant to a Deed of Trust dated October 13, 2006 which secures a Mortgage Note to real property of the Debtors located at 922 Buttonwood Trail, Crownsville, MD 21032.

2. Due to the death of the borrower, Susan E. Caldwell, the loan is in default and the entire balance of the Note is immediately due and payable. As of the date of filing, the lender was owed $322,690.60.

3. While the Debtor's plan proposes to pay the full secured claim at $300,000, the plan is not proposed in good faith. The funding of the plan is only $24,000 and additionally, the Debtor's schedules show a negative net monthly income of -$542.33, nowhere near an amount sufficiently to pay the claim in full.

4. Creditor objects to confirmation of the plan as the plan is underfunded, not feasible and not proposed in good faith.

5. The Plan does not comply with 11 U.S.C. Section 1325, in that it does not pay the Movant, its total debt.

MARK MEYER
MD BAR 15070
ROSENBERG & ASSOCIATES, LLC
4340 EAST WEST HIGHWAY
SUITE 600
BETHESDA, MARYLAND 20814
301-907-8000

WHEREFORE, the Movant respectfully requests that Confirmation of the Chapter 13 Plan submitted by the Debtors herein be denied, and for any other relief the Court deems necessary.

        Respectfully Submitted,

        ROSENBERG & ASSOCIATES, LLC

        <u>/s/ Mark D. Meyer, Esq.</u>

Mark D. Meyer, #15070
4340 East West Hwy, Suite 600
Bethesda, Maryland 20814
(301) 907-8000

MARK MEYER
MD BAR 15070
ROSENBERG & ASSOCIATES, LLC
4340 EAST WEST HIGHWAY
SUITE 600
BETHESDA, MARYLAND 20814
301-907-8000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Located in Baltimore

| | |
|---|---|
| IN RE<br><br>LAURA L. MASTERS<br><br>   Debtor | Case No. 20-11910-MMH<br>Chapter 13 |

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 3rd day of March, 2020, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Objection to Plan will be served electronically by the Court's CM/ECF system on the following:

James R Logan, Esquire

Rebecca A Herr, Trustee

    I hereby further certify that on the 3rd day of March, 2020, a copy of the Objection to Plan was also mailed first class mail, postage prepaid to:

Laura L. Masters
922 Buttonwood Trail
Crownsville, MD 21032-1847


Respectfully Submitted,


<u>/s/ Mark D. Meyer, Esq.</u>
Mark D. Meyer, Esq.
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

MARK MEYER
DC BAR 475552
MD BAR 15070
VA BAR 74290

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 72357